TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada State Bar No. 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com

*Attorneys for Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HERMELINDA NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES LLC; AND TRANSUNION LLC,<br><br>Defendants. | Civil No. 2:20-cv-00132-KJD-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br>**[Second Request]** |

Plaintiff Hermelinda Nunez ("Plaintiff"), by and through his counsel, and Defendant Ocwen Loan Servicing, LLC ("Ocwen") (collectively the "Parties"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Ocwen shall up to and including **April 15, 2020** within which to file its response to Plaintiff's Complaint:

1. Ocwen was served on January 27, 2020.

2. Following entry of the Order granting Ocwen an extension of time to file responsive pleadings on February 14, 2020, Ocwen's responsive pleadings would otherwise be due March 18, 2020 [ECF No.10].

3. The Parties continue to investigate the allegations and are actively engaged in early settlement discussions.

4. The Parties expect to determine in the near future whether this action can be resolved at this early stage.

5. This is the second stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason, but rather for the Parties to continue to investigate the merits of the claims and explore the potential for early settlement resolution, and to allow Ocwen to formulate its responsive pleading.

STIPULATED and AGREED this 13th day of March 2020.

/s/ *Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar No. 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com

*Attorney for Ocwen Loan Servicing, LLC*


/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, NV 89148
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Krieger Law Group, LLC
2850 W. Horizon Ridge Blvd.
Suite 200
Henderson, NV 89052

(702) 848-3855
Email: dkrieger@kriegerlawgroup.com
*Attorneys for Plaintiff Hermelinda Nunez*

### **ORDER**

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Ocwen Loan Servicing, LLC shall have up to and including **April 15, 2020** within which to file its response to Plaintiff's Complaint.

Dated this 17th day of March, 2020.

        **IT IS SO ORDERED.**

        _____
        Daniel J. Albregts
        United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I served a true and correct copy of this STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, SECOND REQUEST, upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

/s/ *Anna Jane I. Zarndt*
Anna Jane I. Zarndt

41782878