Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERMELINDA NUNEZ, | Case No. 2:20-cv-00132-KJD-DJA |
| Plaintiff, | **STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and OCWEN LOAN SERVICING, LLC, | Complaint filed: January 20, 2020 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice.

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: September 23, 2020

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| Shaina R. Plaksin, Esq., SBN 13935 | Las Vegas, NV 89123 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: gschnitzer@ksjattorneys.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| Email: miles.clark@knepperclark.com | Kevin F. Kieffer, Esq., SBN 7045 |
| Email: shaina.plaksin@knepperclark.com | 5 Park Plaza, Suite 1400 |
| | Irvine, CA 92614-2545 |
| **KRIEGER LAW GROUP, LLC** | kevin.kieffer@troutman.com |
| David H. Krieger, Esq., SBN 9086 | |
| Email: dkrieger@kriegerlawgroup.com | *Counsel for Defendant* |
| | *Ocwen Loan Servicing, LLC* |
| *Counsel for Plaintiff* | |
| **CLARK HILL PLLC** | |
| /s/ *Jeremy J. Thompson* | |
| Jeremy J. Thompson, Esq., SBN 12503 | |
| 3800 Howard Hughes Parkway, Suite 500 | |
| Las Vegas, NV 89169 | |
| Email: jthompson@clarkhill.com | |
| *Counsel for Defendant* | |
| *Equifax Information Services 9LLC* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  1st   day of October, 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430