Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HERMELINDA NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 2:20-cv-00132-KJD-DJA<br><br>**STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, WITH PREJUDICE**<br><br>Complaint filed: January 20, 2020 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Ocwen Loan Servicing, LLC, from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: November 3, 2020

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| Shaina R. Plaksin, Esq., SBN 13935 | Las Vegas, NV 89123 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: gschnitzer@ksjattorneys.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| Email: miles.clark@knepperclark.com | Kevin F. Kieffer, Esq., SBN 7045 |
| Email: shaina.plaksin@knepperclark.com | 5 Park Plaza, Suite 1400 |
| | Irvine, CA 92614-2545 |
| **KRIEGER LAW GROUP, LLC** | kevin.kieffer@troutman.com |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | *Counsel for Defendant* |
| Henderson, NV 89052 | *Ocwen Loan Servicing, LLC* |
| Email: dkrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC WITH

## PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this   21st   day of   january, 2021 xxx~~2020~~x

2 of 2

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430